

**EXHIBIT**

tabbies