UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

<u>Teriana Jones and Bethany Morrissey</u>
On behalf of themselves and a class                    Case No:      17-CV-125
of employees and/or former employees
similarly situated,

      Plaintiffs,

               vs.

Cruisin' Chubbies Gentlemen's Club, et al.

      Defendants.
_____

### NOTICE OF MOTION AND MOTION TO FILE
### CONSENT FORMS ANONYMOUSLY
_____

**PLEASE TAKE NOTICE THAT** the above named Plaintiffs, individually and on behalf of others similarly situated, by and through their attorneys, move the Court for the following Order:

(1)  Allowing Plaintiffs to file dancer consents anonymously as Jane Roes #1-#X

(2)  Requiring the parties to redact Confidential Information from documents to be filed with the Court.

Dated this 18th day of August, 2017

                                              **MOEN SHEEHAN MEYER, LTD.**

                                              <u>/s/ Justin W. Peterson</u>
                                              Justin W. Peterson (SBN 1087366)
                                              Attorney for Plaintiff
                                              201 Main Street, Suite 700
                                              La Crosse, WI 54601
                                              (608) 784-8310
                                              jpeterson@msm-law.com